**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF RHODE ISLAND

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Doherty's Lakeside Alehouse, Inc.**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **47-2153416**

4. **Debtor's address**

   **Principal place of business**

   **1901 Post Road**
   **Warwick, RI 02886**
   Number, Street, City, State & ZIP Code

   **Kent**
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Doherty's Lakeside Alehouse, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Doherty's Lakeside Alehouse, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Doherty's Lakeside Alehouse, Inc.**  Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 31, 2016**
MM / DD / YYYY

X **/s/ John H. Doherty**                                    **John H. Doherty**
Signature of authorized representative of debtor              Printed name

Title  **Vice-President**

**18. Signature of attorney**

X **/s/ Thomas P. Quinn**                                    Date **October 31, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Thomas P. Quinn**
Printed name

**McLaughlin & Quinn, LLC**
Firm name

**148 West River Street, Suite 1E**
**Providence, RI 02904**
Number, Street, City, State & ZIP Code

Contact phone  **401-421-5115**     Email address  **tquinn@mclaughlinquinn.com**

**4780 Rhode Island**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Doherty's Lakeside Alehouse, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF RHODE ISLAND**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| A-1 Restaurant Supply<br>221 Admiral Street<br>Providence, RI 02908 | | | | | | $19,647.90 |
| AAA Fire Alarm & Life Safety<br>235 Macklin Street<br>Cranston, RI 02920 | | | | | | $48,750.00 |
| Baycoast Bank<br>330 Swansea Mall Dr<br>Swansea, MA 02777-4112 | | | | | | $19,413.49 |
| D'Ambra Construction Co., Inc.<br>800 Jefferson Blvd.<br>Warwick, RI 02886 | | | | | | $35,000.00 |
| Gulfeagle Supply<br>700 East Avenue<br>Warwick, RI 02886 | | | | | | $18,313.60 |
| Horizon Beverage<br>121 Hopkins Hill Road<br>West Greenwich, RI 02817 | | | | | | $14,719.77 |
| Lowe's Home Improvement<br>Attn: Bankruptcy Department<br>1000 Lowe's Blvd.<br>Mooresville, NC 28117 | | | | | | $14,814.70 |
| M & M Landscaping<br>375 Franklin Road<br>Coventry, RI 02816 | | | | | | $10,800.00 |

Debtor **Doherty's Lakeside Alehouse, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **McLaughlin & Moran** <br> P.O. Box 20217 <br> Cranston, RI 02920 | | | | | | $10,850.09 |
| **National Grid Electric** <br> Attn; Bankruptcy Department <br> 300 Erie Blvd. W. <br> Syracuse, NY 13202 | | | | | | $11,265.81 |
| **Patrick Matthews** <br> PO Box 8708 <br> East Greenwich, RI 02818 | | | | | | $10,600.00 |
| **Performance Foodservice** <br> P.O. Box 3024 <br> Springfield, MA 01104 | | | | | | $177,508.12 |
| **Perri & Sons** <br> 537 Sandy Lane <br> Warwick, RI 02889 | | | | | | $12,250.00 |
| **Providence Beverage - Lakeside** <br> 119 Hopkins Hill Rd <br> West Greenwich, RI 02817 | | | | | | $6,901.57 |
| **RI Commerce Corporation** <br> c/o Small Business Loan Fund <br> 315 Iron Horse Way Ste 101 <br> Providence, RI 02908 | | | | | | $19,587.31 |
| **RI Commerce Corporation** <br> c/o Small Business Loan & Fund <br> 315 Iron Horse Way, Ste 101 <br> Providence, RI 02908 | | | | $19,587.31 | $0.00 | $19,587.31 |
| **RICON Construction** <br> 19 Hopkins Hill Road <br> West Greenwich, RI 02817 | | | | | | $10,279.36 |
| **Tapped Restaurant Consultants** <br> P.O. Box 999 <br> North Kingstown, RI 02852 | | | | | | $13,399.55 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Doherty's Lakeside Alehouse, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thomas Quinn, Esq.**<br>**MCLaughlin &**<br>**Quinn, LLC**<br>**148 West River**<br>**Street, Ste !E**<br>**Providence, RI**<br>**02904** | | | | | | $20,000.00 |
| **TriMark**<br>**P.O. Box 3505 South**<br>**South Attleboro, MA**<br>**02703** | | | | | | $24,700.38 |

# United States Bankruptcy Court
### District of Rhode Island

In re  **Doherty's Lakeside Alehouse, Inc.**                                Case No.
                                        Debtor(s)                           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 31, 2016**            **/s/ John H. Doherty**
                                       **John H. Doherty**/**Vice-President**
                                       Signer/Title

.

A-1 Restaurant Supply
221 Admiral Street
Providence RI 02908


AAA Fire Alarm & Life Safety
235 Macklin Street
Cranston RI 02920


Arthur Lambi & Associates
2190 Mendon Road, Ste 2
Cumberland RI 02864


Atlantic Importing
15 Centre Of New England Blvd.
Coventry RI 02816


Baker Commodities
P.O. Box 132, North
North Billerica MA 01862


Barrell Express of RI
7 Fox Hollow Road
Oxford CT 06478


Baycoast Bank
330 Swansea Mall Dr
Swansea MA 02777-4112


Bayside Electric
4 Friendship Avenue
Warwick RI 02889


Bill Kenney
4005 New Hudson Road
Orwell OH 44076


Bonollo Provisions
55 Clarkson Street
Providence RI 02908


Coventry Fire District
1691 Flat River Road
Coventry RI 02816

```
Craft Beer Guild
20 Avery Road
Cranston RI 02910


CWS Gases
1425 Park Avenue
Cranston RI 02920


D'Ambra Construction Co., Inc.
800 Jefferson Blvd.
Warwick RI 02886


Direct TV
P.O. Box 5006
Carol Stream IL 60197-5006


Doherty's Ale House
30 Jefferson Blvd
Warwick RI 02888


Doherty's Irish Pub
342 East Ave
Pawtucket RI 02860


Dole & Bailey
P.O. Box 2405
Woburn MA 01888


ECOLAB
P.O. Box 32027
New York NY 10087


ECOLAB
P.O. Box  32027
New York NY 10087


Ecolab Pest
P.O. Box 32027
New York NY 10087


ECOLAB-Booster
1500 Boston Providence Hwy.
Norwood MA 02062
```

Edward G. Avila, Esq.
Roberts Carroll Feldstein & Pe
10 Weybosset St
Providence RI 02903-2818


Empty Kegs
1150 Greenwich Avenue
Warwick RI 02886


Erik Mikkelson


Espresso Express
415 Western Avenue
Brighton MA 02135


Falvey Linen Supply
50 Burnham Avenue
Cranston RI 02910


FR Mahoney & Associates
273 Weymouth Street
Rockland MA 02370


General Kitchen Services
P.O. Box 3859
Pawtucket RI 02861


Giga's - Lakeside


GKT Refrigeration, Inc.
115 India Street
Pawtucket RI 02860


Goulin Trucking Co.
P.O. Box 9074
Warwick RI 02889


Gulfeagle Supply
700 East Avenue
Warwick RI 02886

Hartford Insurance
PO Box 660916
Dallas TX 75266-0916


Hogan Brothers
82 Hebert Street
Framingham MA 01702


Horizon Beverage
121 Hopkins Hill Road
West Greenwich RI 02817


James Goonan


James Sullivan


John Doherty


Kent County Water Authority
PO Box 9901
Providence RI 02940-4001


Liberty M Insurance
P.O. Box 2051
Keene NH 03431-7051


Lowe's Home Improvement
Attn: Bankruptcy Department
1000 Lowe's Blvd.
Mooresville NC 28117


M & M Landscaping
375 Franklin Road
Coventry RI 02816


Mark Pinney
34 Belfield Drive
Johnston RI 02919

McLaughlin & Moran
P.O. Box 20217
Cranston RI 02920


Mood Media
25 South St. Ste E
Hopkinton MA 01748


MS Walker
16 CommerciaL Way
Warren RI 02885


Narragansett Bay Lobsters
268 Great Island Road
P.O. Box 747
Narragansett RI 02882


National Grid Electric
Attn; Bankruptcy Department
300 Erie Blvd. W.
Syracuse NY 13202


National Grid Gas
Attn: Bankruptcy Department
300 Erie Blvd. West
Syracuse NY 03202


Olga's Cup & Saucer
103 Point Street
Providence RI 02903


Omni-Pro- Inc.
P.O. Box 8022
Cranston RI 02920


Patrick Matthews
PO Box 8708
East Greenwich RI 02818


Performance Foodservice
P.O. Box 3024
Springfield MA 01104

```
Perkins Paper Inc.
630 John Hancock Road
Taunton MA 02780


Perri & Sons
537 Sandy Lane
Warwick RI 02889


Providence Beverage - Lakeside
119 Hopkins Hill Rd
West Greenwich RI 02817


Retail Control Solutions
460 Hillside Ave
Ste 6
Needham Heights MA 02494


Rhode Island Division Of Taxat
Attn: Bankruptcy Unit
One Capitol Hill
Providence RI 02908


RI Commerce Corporation
c/o Small Business Loan & Fund
315 Iron Horse Way, Ste 101
Providence RI 02908


RI Commerce Corporation
c/o Small Business Loan Fund
315 Iron Horse Way Ste 101
Providence RI 02908


RICON Construction
19 Hopkins Hill Road
West Greenwich RI 02817


Robert Miga



Saleeba's Refrigeration & Air
195 Anthony Street
Seekonk MA 02771
```

Selective Insurance
27 Brookside Dr
East Greenwich RI 02818


Table Up
2 Mast Hill Road
Hingham MA 02043


Tapped Restaurant Consultants
P.O. Box 999
North Kingstown RI 02852


Thomas Quinn, Esq.
MCLaughlin & Quinn, LLC
148 West River Street, Ste !E
Providence RI 02904


Timothy Miga



Tom Ryan



Total Traffic & Weather Networ
62301 Collections Center Drive
Chicago IL 60693


Town of Coventry
1670 Flat River Road
Coventry RI 02816


Town of Coventry
Sewer Assessment
1670 Flat River Road
Coventry RI 02816


Town of Coventry
Sewer Use
1670 Flat River Road
Coventry RI 02816


TriMark
P.O. Box 3505 South
South Attleboro MA 02703

```
Verizon
P.O. Box 15124
Albany NY 12212-5124


WB Mason
59 Centre St
Brockton MA 02301-4014


William Kenney



WWNGrainger
78 Jefferson Blvd
Warwick RI 02888


Xerox Financial Services
P.O. Box 202882
Dallas TX 75320-2882


Yacht Club Bottling Works
2239 Mineral Spring Avenue
North Providence RI 02911
```